## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL MOHN, CHAD WALLACE AND
IRENE SILVIUS

          v.

BUCKS COUNTY REPUBLICAN
COMMITTEE

PETITION OF: DANIEL MOHN

: No. 156 MAL 2020
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
: Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

> Under *Bentman v. Seventh Ward Democratic Executive Committee*, 218
> A.2d 261 (Pa. 1966), did the trial court have jurisdiction to declare that
> [Respondent] violated the Pennsylvania Election Code by disqualifying a
> duly elected Republican Committeeman for alleged misconduct that did not
> constitute a *prima facie* basis for disqualification under the local party rules?